USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 2 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLUE WHALE CORPORATION,

       Plaintiff,

vs.

GRAND CHINA SHIPPING DEVELOPMENT
CO., LTD., a/k/a SHANGHAI GRAND CHINA
SHIPPING DEVELOPMENT CO., LTD;
GRAND CHINA LOGISTICS HOLDING (GROUP)
COMPANY LIMITED; HNA GROUP CO., LTD.

       Defendants.
------------------------------------------------------------X

Civ. No. 12-CV-02213
(AJN)

## ORDER OF DISMISSAL

Based on the Stipulation of the parties pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED THAT**:

1. The captioned action be and is hereby dismissed with prejudice, each party to bear its own costs;

2. The Order Authorizing Issuance of Process of Maritime Attachment and Garnishment dated May 17, 2012, be and is hereby vacated.

Dated: July 2, 2014
New York, New York

_____
ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

1