USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 0 2 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BLUE WHALE CORPORATION,

       Plaintiff,

vs.

GRAND CHINA SHIPPING DEVELOPMENT
CO., LTD., a/k/a SHANGHAI GRAND CHINA
SHIPPING DEVELOPMENT CO., LTD;
GRAND CHINA LOGISTICS HOLDING (GROUP)
COMPANY LIMITED; HNA GROUP CO., LTD.

       Defendants.
------------------------------------------------------------X

Civ. No. 12-CV-02213
(AJN)

**STIPULATION OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record that the above-entitled action having been resolved, all claims against the Defendants in this matter are hereby dismissed with prejudice, each party bearing its own costs.

    IT IS FURTHER STIPULATED that the Order of Attachment issued in this action is vacated and any property held pursuant to the Order and Process of Maritime Attachment and Garnishment, including assets restrained by garnishee Pacific American Corporation, shall be immediately released from attachment.

    **IT IS SO STIPULATED AND AGREED.**

Dated: July 1, 2014
New York, New York

| | |
|---|---|
| CHALOS & CO, P.C. | BLANK ROME LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| BLUE WHALE CORPORATION | HNA GROUP CO., LTD. |

By: /s/ Katherine Christodoulatos
George M. Chalos
Katherine N. Christodoulatos
55 Hamilton Avenue
Oyster Bay, New York 11771
Telephone: (516) 714-4300
Facsimile: (516) 750-9051

By: /s/ Thomas H. Belknap/by permission (KNC)
Thomas H. Belknap, Jr.
405 Lexington Avenue
New York, New York 10174
Telephone: (516) 885-5000
Facsimile: (516) 885-5001

SO ORDERED: /s/ 7/2/14
U.S.D.J. Alison J. Nathan